UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GODFREY MADUKWE**, <br><br> Plaintiff, <br><br> v. <br><br> **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,** <br><br> Defendant. | Civ. A. No. 03-1999 (JMF) |

ORDER

This case is before the Court upon consent of the parties to a trial before a United States Magistrate Judge. Upon consideration of defendant's oral motion for a continuance, the motion is, hereby, **GRANTED**. The trial will begin on Wednesday, May 4, 2005 at 9:30 a.m.

**SO ORDERED.**

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated:

1